**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6203**

CURTIS RICHARDSON, a/k/a Curtis D. Richardson, a/k/a Curtis Dale Richardson,

Plaintiff - Appellant,

v.

D. S. WILKES, Medical Staff Supervisor of Darlington County Detention Center,

Defendant - Appellee,

and

WILL DUNCAN, Horry County Policeman; HORRY COUNTY POLICEMAN, Name Unknown; BRIAN DOYLE, Doyles Wrecker Service; DENNIS PHELPS, Horry County Magistrate; KAYMANI DANIELS WEST, US Magistrate; SUPERVISOR OF U.S. MARSHALS, Name Unknown of the Florence Division Office; WILLIAM FLETCHER NETTLES, IV, Assistant Federal Public Defender,

Defendants.

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge.  (4:16-cv-00835-RBH)

Submitted: August 16, 2018                    Decided: August 20, 2018

Before WYNN and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Curtis Richardson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Richardson appeals the district court's orders accepting the recommendation of the magistrate judge and granting Richardson's motion for default judgment for $5,000 rather than $10,000 as alleged in Richardson's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Richardson v. Wilkes*, No. 4:16-cv-00835-RBH (D.S.C. Feb. 13, 2018 & Mar. 23, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*